UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:12-00197 |
| | ) | CHIEF JUDGE HAYNES |
| | ) | |
| BRANDON RAY MALONE | ) | |

*ORDER*
*This motion*
*is GRANTED. The*
*hearing is reset*
*for December*
*3, 2012*
*at*
*4:00*
*pm*

[signature] *Will*
*Haynes*
*11-14-12*

MOTION TO CONTINUE PLEA HEARING

COMES NOW Brandon Ray Malone and respectfully requests that the Court continue the

plea hearing currently set for **Monday, November 26, 2012, at 1:30 p.m. to either Monday,**

**December 3, 2012, or Friday, December 7, 2012.**  Pursuant to the Court's order, counsel must

notify the Court at least three days prior to plea hearing if the defendant does not intend to enter a

guilty plea as scheduled, in order to assist with the Court's calendar.  (D.E. 16).  Counsel would

show that, at this time, Mr. Malone intends to resolve his case by way of a guilty plea, but

requires additional time to receive and review discovery materials, negotiate with the

Government and to discuss a potential plea.  For these reasons, it is respectfully requested that

the Court reschedule the plea hearing to one of the dates set forth above, or until a date and time

convenient with the Court's calendar.

Respectfully submitted,

s/ Ronald C. Small
**RONALD C. SMALL**
Assistant Federal Public Defender
810 Broadway,  Suite 200
Nashville, TN  37203
Telephone (615)736-5047

Attorney for Brandon Ray Malone