UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00197 |
| | ) | CHIEF JUDGE HAYNES |
| BRANDON RAY MALONE | ) | |

MOTION FOR MEDICAL CARE

COMES NOW Brandon Ray Malone through counsel and respectfully moves the Court to direct the Robertson County Detention Center to provide medical treatment, including x-rays and scans. Mr. Malone would show that he has been complaining since November, 2012, of dizziness, swelling and blurred vision. Mr. Malone has a lump on his head which causes him pain and discomfort. Upon information and belief, a physician under contract by the Robertson County Detention Center, examined Mr. Malone but did not provide any treatment, x-rays or scans. On November 7, 2012, Mr. Malone contacted the undersigned and complained of those conditions and indicated that he continued to experience dizziness and black-outs as a result. The undersigned contacted the United States Marshal Service who indicated they would look into the matter. However, Mr. Malone continued to complain about those conditions. According to Mr. Malone, the doctor simply looked at the bump on his head and indicated that since it was not continuing to swell, there was nothing further that needed to be done.

Subsequently, Mr. Malone complained about the swelling on his head and elevated that concern to Sheriff Bill Holt of the Robertson County Sheriff's Office. The complaint was also elevated to Tony Crawford, who is the jailer at the Robertson County Detention Center. Specifically, Mr. Malone again complained about dizziness, blurred vision, including nose bleeds, and memory loss. Throughout the last several months, Mr. Malone's condition has not improved and most recently, he advised the undersigned that he blacked-out twice. Mr. Malone advises that he was seen by jail physician Dr. Matthews, who again did not provide x-rays or scans to determine what the source of the conditions were. As a result, Mr. Malone continues to