UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00197 |
| | ) | CHIEF JUDGE HAYNES |
| BRANDON RAY MALONE | ) | |

## MOTION CONTINUE SENTENCING HEARING

COMES NOW Brandon Ray Malone through counsel and respectfully requests that the Court grant a brief continuance of the sentencing hearing currently scheduled for Friday, August 2, 2013, at 4:00 p.m. until Monday, August 5, 2013, at a time convenient with the Court. Counsel would show that he will be out of the district on August 2 and will only require a short continuance of the sentencing hearing for that reason. Additionally, the continuance is necessary so that counsel may resolve a pending state matter which will prove beneficial to Mr. Malone and will facilitate his prompt designation to a Bureau of Prisons facility. Assistant U.S. Attorney William Lee Deneke has no objection to this request and has advised that he is available on August 5, 2013, for the sentencing hearing. Pursuant to this Court's order (D.E. 35), other than Mr. Malone's allocution, counsel expects to call one witness and the hearing should last no longer than a half an hour.

Respectfully submitted,

/s/ Ronald C. Small
RONALD C. SMALL (BPR#023150)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: ron_small@fd.org

Attorney for Brandon Ray Malone