IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>BRANDON RAY MALONE,  )<br>)<br>Defendant.  ) | No. 3:12-00197<br>JUDGE HAYNES |

**ORDER**

Before the Court is the Defendant's motion to amend or correct judgement (Docket Entry No. 47) pursuant to Rule 36 of the Federal Rules of Criminal Procedure, seeking to reflect that his federal sentence of 87 months imprisonment is to run concurrently with his state sentences in Davidson County, Tennessee; Case Nos. 2010-A-232 and 2010-D-3448. (Judgment at 2). For the reasons stated at the sentencing hearing, this motion is **GRANTED** and the Defendant's 87 months federal sentence shall run concurrent with his state sentences.

It is so **ORDERED**.

ENTERED this the 8th day of August, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court